UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: EMILI B. VAZIRI MISC. NO. 06-56T

**SHOW CAUSE ORDER**

Respondent, Emili B. Vaziri, is hereby directed to show cause within ten (10) days of this Order why she should not be disbarred or suspended from the practice of law before this Court for failing to register in accordance with the requirements of L.R. Gen. 203 despite a courtesy call from the Clerk reminding her of such requirement.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: June 16, 2006