UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: EMILI B. VAZIRI MISC. NO. 06-56T

ANSWER TO SHOW CAUSE

Now comes the Respondent, Emili B. Vaziri, in the above entitled matter and hereby requests that she not be disbarred or suspended from the practice of law before this Honorable Court for failing to register in accordance with the requirements of L. R. Gen. 203 despite a courtesy call from the Clerk reminding her of such requirement.

That the Respondent takes full responsibility for her actions. That upon said courtesy call, the Respondent did in fact fill out the requisite registration form and wrote a check. That the Respondent had every intention to personally hand deliver the required documents. That at the time the call was placed, the Respondent was preparing for a hearing at Immigration Court and failed to deliver the documents.

The Respondent meant no disrespect to this Honorable Court and its rules and truly apologizes for any inconvenience she has caused. That the Respondent does not have a history of failing to respond to the Court. That the Respondent does desire to continue to practice law before this Honorable Court.

WHEREFORE, the Respondent respectfully requests that she be allowed to continue and/or reapply to practice in the United States District Court for the District of Rhode Island.

Respectfully Submitted,

Emili Vaziri
RI Bar#: 4952
WG Grande & E. Vaziri Law, Inc.
160 Plainfield Street
Providence, RI 02909
(401) 944-6430 tel.
(401) 944-4161 fax