UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

IN RE: EMILI B. VAZIRI Misc. No. 06-56

**ORDER**

On June 16, 2006, an order was issued directing the respondent to show cause why she should not be administratively suspended from the practice of law before this Court for failing to comply with the provisions of L.R. Gen. 203 by failing to register despite a courtesy call from the Clerk reminding her of such requirement.

Respondent has since advised the Court, in writing, that her failure to register was an inadvertent mistake on her part and has apologized to the Court.

As a result, respondent will not be suspended provided she files her registration form along with the registration fee and any applicable late fees within 5 days of the date of this order. Failure to do so will result in suspension from this bar.

By Order

Paulette [signature]

Chief Deputy Clerk

ENTER:

[signature]

Ernest C. Torres
Chief Judge

Date: July 14, 2006